UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br>vs.<br><br>ROLLAND EUGENE PRUNER, in his individual and representative capacity as trustee; CAROL ANNE PRUNER, in her individual and representative capacity as trustee; THOMAS OLIVER; AND DOES 1-10,<br>        Defendants. | CASE NO. 2:17-CV-01616-WBS-GGH<br><br>**ORDER GRANTING REQUEST TO EXTEND TIME TO RESPOND TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: 8/23/17<br>Current Response Date: 10/11/17<br>New Response Date: 10/30/17<br><br>Trial Date: Not set<br>District Judge: William B. Shubb |

    Good cause appearing, the Court hereby extends the time for Defendant THOMAS OLIVER to file an answer to the initial complaint to October 30, 2017. IT IS SO ORDERED.

Dated: October 13, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE